ELLENOFF GROSSMAN & SCHOLE LLP
Ilan Weiser
iweiser@egsllp.com
1345 Avenue of the Americas, 15th Floor
New York, NY 10105
(212) 370-1300 (telephone)
(212) 370-7889 (facsimile)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| LEKE GEGA, | Case No. 23-CV-6502 (HG) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| 83-34 KEW GARDENS LLC, et al., | |
| Defendants. | |

-------------------------------------------------------------------X

Please enter the appearance of the undersigned on behalf of the Defendants Marsha Grant and Grant Realty Group, Inc. in the above captioned action.

Dated: New York, New York
January 5, 2024

Ilan Weiser
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 15th Floor
New York, NY 10105
(212) 370-1300